IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARL FULK**, an individual ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:16-cv-01237-SMY-DGW |
| ) | |
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

Plaintiff, Carl Fulk by and through his attorney, David N. Damick, and Defendant, United States of America, by its attorneys, Donald S Boyce, United States Attorney for the Southern District of Illinois, and Nathan E. Wyatt and Nicholas J. Biersbach, Assistant United States Attorneys, hereby jointly stipulate to the voluntary dismissal of this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| *s/ David N. Damick* | DONALD S. BOYCE |
| David N. Damick #6208797 | United States Attorney |
| The Law Offices of David N. Damick | |
| One Metropolitan Square, Ste 2420 | *s/ Nathan E. Wyatt (with consent)* |
| 211 N. Broadway | NATHAN E. WYATT |
| St. Louis, MO 63102 | NICHOLAS J. BIERSBACH |
| P: (314) 231-0570 | Assistant United States Attorneys |
| F: (314) 621-8639 | Office of the United States Attorney |
| E: dnd@damicklaw.com | Nine Executive Drive |
| **(Attorney for Plaintiffs)** | Fairview Heights, IL  62208 |
| | Phone:    618-628-3700 |
| | FAX:      618-622-3810 |
| | E-mail:   Nathan.Wyatt@usdoj.gov |
| |           Nicholas.Biersbach@usdoj.gov |
| | **(Attorneys for the United States)** |

## **CERTIFICATE OF SERVICE**

      I, David Damick, attorney for Plaintiff, in the above-captioned action, hereby certify that on the November 16, 2017, I electronically filed the foregoing with the Clerk of the District Court, using the CM/ECF system which will serve notice on all parties who have appeared.

                                                        s/ David N. Damick